FILED
JAN 06 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. _15-40001-JPG_ |
| v. ) | |
| ) | Title 18, United States Code, Section |
| JUAN LUEVANOS-MONTIEL, ) | 1792(a)(2), (b)(3), and (d)(1)(B) |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### POSSESSION OF A WEAPON BY AN INMATE

On or about September 11, 2014, in Williamson County, within the Southern District of Illinois,

**JUAN LUEVANOS-MONTIEL,**

defendant herein, while confined as an inmate at and within the United States Penitentiary at Marion, Illinois, a federal correctional facility, did knowingly possess a prohibited object, to wit: a weapon, commonly referred to as a "shank" and further described as being a piece of metal sharpened to a point having an overall length of approximately 8 inches, in violation of Title 18, United States Code, Section 1791(a)(2), (b)(3), and (d)(1)(B).

## COUNT 2
### POSSESSION OF AN OBJECT DESIGNED OR INTENDED TO BE USED AS A WEAPON

On or about September 11, 2014, in Williamson County, within the Southern District of Illinois,

**JUAN LUEVANOS-MONTIEL,**

defendant herein, while confined as an inmate at and within the United States Penitentiary at Marion, Illinois, a federal correctional facility, did knowingly possess a prohibited object, to wit: an object designed or intended to be used as a weapon and further described as a metal combination lock attached to a lanyard, in violation of Title 18, United States Code, Section 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL

_____
STEPHEN R. WIGGINTON
United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney